**1551** SIMPSON vs. BOARD OF SUPERVISORS (St. Clair), No. 123521½.

To compel payment of fees and expenses of relator, a deputy sheriff, for service in a distant county, of two warrants received from a justice of the peace.

Order to show cause denied November 18, 1891.

**1552** ABELS vs. BOARD OF SUPERVISORS (Ingham), 42 M., 526.

To compel respondents to audit and allow certain claims for services as a detective, in the discovery and apprehension of a criminal.

Denied January 21, 1880.

Relator is a member of a private detective corporation, organized under Act No. 217, Laws of 1859, as amended by Act No. 55, Laws of 1873.

Held, that the Constitution contemplates that persons vested with the powers of constables shall be elective, and that the provisions of the act giving to its members the powers of constables are unconstitutional.

**1553** BOARD OF METROPOLITAN POLICE vs. BOARD OF AUDITORS (Wayne), No. 12919, 93 M., 306.

To compel respondent to audit and allow an account for expenses incurred in the pursuit of a person charged with a criminal offense in the City of Detroit.

Granted October 12, 1892, without costs.